AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

__SOUTHERN__                   __DISTRICT OF__                   __TEXAS__

## McALLEN DIVISION

United States Courts
Southern District of Texas

UNITED STATES OF AMERICA
V.                              FILED              **CRIMINAL COMPLAINT**

Noe Eduardo VILLACANA-Martinez   *February 16, 2022*

Nathan Ochsner, Clerk of Court  **Case Number:   M-22- 0320 -M**

AKA:

IAE          YOB: 1976
**Mexico**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about ____February 16, 2022____ in ____Hidalgo____ County, in

the ____Southern____ District of ____Texas____ defendants(s) did,
(*Track Statutory Language of Offense*)

**being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mercedes, TX within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title ____8____ United States Code, Section(s) ____1326(a)(b)____ (Felony)
I further state that I am a(n) ____Deportation Officer____ and that this complaint is based on the following facts:

**On February 16, 2022, Noe Eduardo VILLACANA-Martinez a citizen of Mexico was encountered and arrested by Immigration Officers with the Harlingen Fugitive Operations Unit in Mercedes, TX. Record checks revealed the defendant was deported, excluded or removed from the United States to Mexico on January 21, 2015 via Del Rio, Texas. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. On May 14, 2014, the defendant was convicted of 21 USC 841, Possession With Intent to Distribute a Quantity More than 100 kilograms, that is, Approximately 595 kilograms of Marijuana and sentenced to twenty nine (29) months to the custody of the United States Federal Bureau of Prisons and three (3) years supervised release.**

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on February 16, 2022.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Complaint approved by AUSA C. Turner

**/S/ Arnulfo Rodriguez**
**Signature of Complainant**

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed.R.Cr.P.4.1 and probable cause found on:

**Arnulfo Rodriguez          Deportation Officer**
**Printed Name and Title of Complainant**

**February 16, 2022   12:07 PM**          at   **McAllen, Texas**
**Date**                                       **City and State**

**Nadia S. Medrano          U.S. Magistrate Judge**
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**